**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Jeffery P. Hopkins
United States Bankruptcy Judge

**Dated: December 15, 2016**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 16-13763 |
| CHRISTOPHER COLE        KELLY  COLE | : | CHAPTER 13 |
| | : | |
| Debtor(s) | : | Judge HOPKINS |
| | : | |
| | : | AGREED ORDER RESOLVING OBJECTION TO MOTION FOR DETERMINATION THAT MORTGAGE/LIEN IS WHOLLY UNSECURED AND VOID (Doc. 24) |

   This matter is before the Court pursuant to Debtors' Motion for Determination that Mortgage/Lien is Wholly Unsecured and Void and Creditor, State of Ohio, Department of Taxation's ("Creditor") objection thereto. The parties agree to the following:

Creditor's tax liens are avoidable and any amounts asserted as secured in the State of Ohio's forthcoming Proof of Claim will be paid as general unsecured claims, except that any amounts for which priority status is asserted will be scheduled for payment as priority claims, subject to objection by Debtors. The liens will be avoided upon issuance of the Chapter 13 discharge order.

SO ORDERED.

Agreed By:

/s/ Margaret A. Burks, Esq.
Margaret A. Burks, Esq.
Chapter 13 Trustee
Attorney Reg. No. OH 0030377

Francis J. Dicesare, Esq.
Staff Attorney
Attorney Reg. No. OH 0038798

Guinevere D. O'Shea, Esq.
Staff Attorney
Attorney Reg No. OH 0086523

600 Vine Street
Suite 2200
Cincinnati, OH 45202
513 621-4488
513 621-2643 Facsimile


/s/Kathleen D. Mezher
Kathleen D. Mezher #0016982
Attorney for Debtor
8075 Beechmont Avenue
Cincinnati, Ohio 45255
(513) 474-3700


/s/ Gregory D. Delev
Gregory D. Delev (0055711), *Special Counsel
to the Ohio Attorney General*
Laura R. Faulkner (0071093)
1050 Delta Ave., Suite 1000
Cincinnati, OH 45208
Telephone: (513) 621-0930
Facsimile: (513) 562-8822
Email: bankruptcy@delevlaw.com
*Attorneys for Ohio Department of Taxation*

Copies to: Default list

###