**Fill in this information to identify the case**

**Debtor 1** Kelly Lynn Cole

**Debtor 2** Christopher William Cole
(Spouse, if filing)

**United States Bankruptcy Court for the:** SOUTHERN **District of** OHIO
                                                                    **(State)**

**Case number** 16-13763

## Official Form 410S1
## Notice of Mortgage Payment Change                                    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor** Federal National Mortgage Association ("Fannie Mae"), by and through its mortgage servicing agent Seterus, Inc., fka IBM Lender Business Process Services, Inc.,

**Court claim no.** (if known)  18

**Date of payment change**
Must be at least 21 days after date of this notice     12/1/2018

**Last four digits** of any number you use to identify the debtor's account: 3806

**New total payment:**
Principal, interest, and escrow, if any     $1,192.19

### Part 1:   Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☒ Yes.  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:   $456.02       New escrow payment:   $504.09

### Part 2:   Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?

   ☒ No
   ☐ Yes.  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate:   _____ %              New interest rate:   _____ %

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

### Part 3:   Other Payment Change

16-028285_TC

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

☒ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect)*

Reason for change: _____

Current mortgage payment: $_____    New mortgage payment: $_____

Case 1:16-bk-13763    Doc 103    Filed 10/23/18    Entered 10/23/18 16:05:08    Desc Main
                          Document      Page 2 of 6

16-028285_TC

Debtor 1 ___Kelly Lynn Cole___  Case number (if known) 16-13763
     First Name    Middle Name    Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor.
☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X ___/s/ Adam B. Hall___  Date  10/23/2018
  Signature

Print:    Adam B. Hall      Title   Attorneys for Creditor

Company   Manley Deas Kochalski LLC

Address   P.O. Box 165028
          Number    Street

          Columbus, OH  43216-5028
         City    State    ZIP Code

Contact phone   614-220-5611      Email   amps@manleydeas.com

16-028285_TC

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Payment Change was served **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court:

Office of U.S. Trustee, Southern District of Ohio, Party of Interest, 36 East Seventh Street, Suite 2030, Cincinnati, OH 45202

Margaret A. Burks, 600 Vine Street, Suite 2200, Cincinnati, OH 45202, cincinnati@cinn13.org

Kathleen D. Mezher, Attorney for Kelly Lynn Cole and Christopher William Cole, 8075 Beechmont Avenue, Cincinnati, OH 45255, Kathleen@mezherlaw.com

and by ordinary U.S. mail on October  23 , 2018 addressed to:

Kelly Lynn Cole and Christopher William Cole, 94 Junedale Dr, Cincinnati, OH 45218

Kelly Lynn Cole and Christopher William Cole, 94 Junedale Drive, Cincinnati, OH 45218

                                                /s/ Adam B. Hall
                                                Adam B. Hall

16-028285_TC



**Representation Of Printed Document**

seterus
PO Box 1077
Hartford, CT 06143-1077

**Business Hours (Pacific Time)**
Monday-Thursday 5 a m to 8 p m
Friday 5 a m to 6 p m
**Phone** 866 570 5277

**Redacted Redacted**

Redacted
Redacted

KELLY COLE
c/o KATHLEEN D. MEZHER
8075 BEECHMONT AVE
CINCINNATI OH  45255-3139

| ESCROW ACCOUNT STATEMENT | |
|---|---|
| Analysis Date: | 10/12/18 |
| Loan Number: | RedactedRedactedRedacted |
| **Current Payment** | **New Payment Effective 12/01/18** |
| Principal and Interest*       $688 10 | Principal and Interest*       $688 10 |
| Escrow                        $433 71 | Escrow                        $466 14 |
|  | Escrow Shortage or Deficiency       $37 95 |
| **Total Current Payment**     $1,121 81 | **Total NEW Payment***        $1,192 19 |
| * The principal and interest payments reflect the contractual amount due under the note, which can be modified with a mutually agreed upon payment plan   In addition, the new principal and interest payment and the total new payment may not reflect any changes due to interest rate adjustments   You will receive a separate notice for interest rate adjustments | |

**NEW MORTGAGE PAYMENT NOTICE AND ESCROW ACCOUNT DISCLOSURE STATEMENT**

Seterus, Inc  is the servicer of the above referenced loan   In accordance with federal guidelines, your escrow account is reviewed at least once a year to determine if sufficient funds are available to pay your taxes and/or insurance   Your escrow payment will be a minimum of the total anticipated disbursements divided by the number of scheduled installments due in the next 12 months   This payment will increase if you have a post-petition shortage and/or deficiency   This statement provides a history of actual escrow account activity and a projection of the escrow account activity for the next 12 months

Our records indicate a petition for Bankruptcy was filed on October 6, 2016  Pursuant to that petition, we have filed a proof of claim with the Bankruptcy court   Any shortage and/or deficiency listed under the Proof of Claim section will be excluded from your future scheduled escrow payment as these amounts will be added to your pre-petition arrearage and collected in your bankruptcy plan payment

### ANTICIPATED DISBURSEMENTS
December  2018 to November  2019

| | |
|---|---|
| COUNTY | $3,706 62 |
| HAZARD INS | $1,887 00 |
| **Total Disbursements** | **$5,593.62** |

Bankruptcy File Date           October 6, 2016

Pre-Petition Escrow Shortage/Deficiency as of Analysis Date      $5,258 51

*Post Petition Beg Bal = The post-petition portion of the escrow starting balance

**Beginning balance = Starting balance less any unpaid escrow disbursements

The Real Estate Settlement Procedures Act (RESPA) allows us to collect and maintain up to 1/6 of your total disbursements in your escrow account at all times, unless prohibited by state law   This cushion covers any potential increases in your tax and/or insurance disbursements   Cushion selected by servicer: $932 28

### ESCROW ACCOUNT PROJECTIONS FOR THE NEXT 12 MONTH ESCROW CYCLE
Anticipated Activity

| Date | Payments to Escrow | Payments from Escrow | Description | Projected Balance |
|---|---|---|---|---|
| Beginning Balance** | | | | $1,507 41- |
| Post Petition Beg Bal* | | | | $3,751 10 |
| 12/01/2018 | 466 14 | 1,853 31- | COUNTY | 2,363 93 |
| 12/01/2018 | 0 00 | 1,887 00- | HAZARD INS | 476 93 |
| 01/01/2019 | 466 14 | 0 00 | | 943 07 |
| 02/01/2019 | 466 14 | 0 00 | | 1,409 21 |
| 03/01/2019 | 466 14 | 0 00 | | 1,875 35 |
| 04/01/2019 | 466 14 | 0 00 | | 2,341 49 |
| 05/01/2019 | 466 14 | 0 00 | | 2,807 63 |
| 06/01/2019 | 466 14 | 1,853 31- | COUNTY | 1,420 46 |
| 07/01/2019 | 466 14 | 0 00 | | 1,886 60 |
| 08/01/2019 | 466 14 | 0 00 | | 2,352 74 |
| 09/01/2019 | 466 14 | 0 00 | | 2,818 88 |
| 10/01/2019 | 466 14 | 0 00 | | 3,285 02 |
| 11/01/2019 | 466 14 | 0 00 | | 3,751 16 |
| **Total** | **$5,593.68** | **$5,593.62-** | | |

Under federal law, your lowest monthly balance in the escrow account should not have exceeded $932 28, or 1/6 of the total anticipated payments from your escrow account   Your lowest escrow balance was $476 93

The escrow account has a pre-petition and post-petition shortage and/or deficiency  A deficiency, if applicable, is the amount of negative balance in the escrow account, which can occur when funds that have been paid from the escrow account exceed the funds paid to the escrow account   An escrow shortage occurs when the escrow balance is not enough to pay the estimated items and any additional reserve deposits that need to be paid during the next 12 months  The pre-petition shortage and/or deficiency is accounted for on the POC and will be collected as part of your pre-petition plan payment  The projected beginning balance of your escrow account is $3,751 10  Your required beginning balance according to this analysis should be $4206 45  This means you have a post-petition shortage and/or deficiency of $455 35  For your convenience, we have spread this post-petition shortage and/or deficiency over the next 12 installments and included this amount in your escrow payment

***Continued on Reverse***
INTERNET REPRINT

ESCROW ACCOUNT HISTORY

This is a statement of actual activity in your escrow account from December 2017 to November 2018  This history compares the projections from your last escrow analysis or initial disclosure and the actual activity in your account  If a prior escrow analysis was not conducted during this historical period, the projected escrow balance will be zero

| | ACTUAL ESCROW ACCOUNT HISTORY | | | | | | |
|---|---|---|---|---|---|---|---|
| | **Payments to Escrow** | | **Payments from Escrow** | | **Description** | **Escrow Balance** | |
| | Projected | Actual | Projected | Actual | | Projected | Actual |
| Beginning Balance | | | | | | $4,058 30 | $11,074 57- |
| **Date** | | | | | | | |
| 12/01/17 | 443 78 | 0 00* | 1,749 72- | 0 00* | COUNTY | 2,752 36 | 11,074 57- |
| 12/01/17 | 0 00 | 0 00 | 1,864 80- | 1,887 00-* | HAZARD INS | 887 56 | 12,961 57- |
| 01/01/18 | 443 78 | 1,044 22* | 0 00 | 1,892 21-* | COUNTY | 1,331 34 | 13,809 56- |
| 02/01/18 | 443 78 | 1,566 33* | 0 00 | 0 00 | | 1,775 12 | 12,243 23- |
| 03/01/18 | 443 78 | 1,044 95* | 0 00 | 0 00 | | 2,218 90 | 11,198 28- |
| 04/01/18 | 443 78 | 867 42* | 0 00 | 0 00 | | 2,662 68 | 10,330 86- |
| 05/01/18 | 443 78 | 433 71* | 0 00 | 1,853 31-* | COUNTY | 3,106 46 | 11,750 46- |
| 06/01/18 | 443 78 | 1,301 13* | 1,710 82- | 0 00* | COUNTY | 1,839 42 | 10,449 33- |
| 07/01/18 | 443 78 | 0 00* | 0 00 | 0 00 | | 2,283 20 | 10,449 33- |
| 08/01/18 | 443 78 | 0 00* | 0 00 | 0 00 | | 2,726 98 | 10,449 33- |
| 09/01/18 | 443 78 | 867 42* | 0 00 | 0 00 | | 3,170 76 | 9,581 91- |
| 10/01/18 | 443 78 | 7,618 48* | 0 00 | 0 00 | | 3,614 54 | 1,963 43- |
| 11/01/18 | 443 78 | 0 00* | 0 00 | 0 00 | | 4,058 32 | 1,963 43- |
| **Total** | **$5,325.36** | **$14,743.66** | **$5,325.34-** | **$5,632.52-** | | | |

* indicates a difference from a previous estimate either in the date or the amount

** indicates escrow payment made during a period where the loan was paid ahead

**NOTE –** This analysis was prepared in advance of the escrow payment change date  Therefore, the projected beginning balance for the next 12 months estimates that you have paid all the required scheduled installments as shown in your actual account history and that all scheduled disbursements have been made from your escrow account

THIS COMMUNICATION  IS FROM A DEBT COLLECTOR AS WE SOMETIMES ACT AS A DEBT COLLECTOR  WE ARE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE  HOWEVER, IF YOU ARE IN BANKRUPTCY OR RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT, THIS LETTER IS NOT AN ATTEMPT TO COLLECT THE DEBT  THIS NOTICE IS BEING FURNISHED FOR YOUR INFORMATION AND TO COMPLY WITH APPLICABLE LAWS AND REGULATIONS  IF YOU RECEIVE OR HAVE RECEIVED A DISCHARGE OF THIS DEBT THAT IS NOT REAFFIRMED IN A BANKRUPTCY PROCEEDING, YOU WILL NOT BE PERSONALLY RESPONSIBLE FOR THE DEBT  **COLORADO:** SEE WWW COAG GOV/CAR FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT  Seterus, Inc  maintains a local office at 355 Union Boulevard, Suite 250, Lakewood, CO 80228  The office's  phone number is 888 738 5576  **NEW YORK CITY:** 1411669, 1411665, 1411662  **TENNESSEE:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance  Seterus, Inc  is licensed to do business at 14523 SW Millikan Way, Beaverton, OR 97005

INTERNET REPRINT